UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON AMEDO CAPANGPANGAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 13-2243 JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 28, 2014

                                                   /s/

                            Honorable Jacqueline Chooljian
                            UNITED STATES MAGISTRATE JUDGE